Recording Requested By:
Coastal Capital Corp .

When Recorded return to :
Coastal Capital Corp.
1 Plaza Road Greenvale N. Y. 11548

## ASSIGNMENT OF MORTGAGE

KNOW THAT  Coastal Capital Corp. d/b/a  CCAP  Mortgage  Corp. , with offices located at
One Plaza Road Suite 100 Greenvale New York  11548  hereby called " Assignor "

In consideration of Ten 00/100 ( $ 10.00 ) Dollars and other good and valuable consideration
paid by : Letom Management LLC. with  address at One Plaza Road Greenvale New York 11548
hereby called  ' Assignee " .

Assignor hereby assigns unto Assignee , a certain mortgage and all its rights that Assignor
has  under that mortgage as the Lender and Note Agreement listed bellow.

Borrower{s} Name  :   LEE A. PLUMMER
Property  Address  :   25 Minott  Street  # 9  SOUTH  PORTLAND MAINE 04106
Mortgage Date  :   July 8 , 2003    Amount :  $ 76.000.00
Recording Info :  :   CUMBERLAND COUNTY Docket # 65649  Bk : 19728  Pg : 165
Property  Description  :   See  Attached  Exhibit  "A"

This  assignment is not subject to the requirements of section 275 of the Real Property Law
because it is an assignment within the secondary mortgage market.

TOGETHER with the Bond or Note or obligation described in said mortgage ,and the moneys
due and to grow due thereon with the interest . TO HAVE AND HOLD  the same unto the
assignee  and to the successors , legal representatives and assigns of the assignee forever.

IN WITNESS WHEREOF, The assignor has duly executed this assignment on  __3|10|2015__

By: __Mary Bakas__
Mary Bakas  Authorized Signatory
for  Coastal Capital Corp.

STATE OF NEW YORK )
                                    ss:
COUNTY OF NASSAU  )

On the _10_ day of_May_ in this Year _2015_ before me the undersigned a Notary Public in and for
said state personal appeared Mary Bakas personally known to me or proven to me on the basis
of satisfactory evidence to be the individual whose name is subscribed to the within instrument
and acknowledged to me that she executed the same in her capacity , and that by her signature
on the instrument the individual or the person upon behalf of which the individual acted executed
the instrument.

__Notary  Public__

Commission Exp. _10|20|2015_

GREGORY L. HOLLAND
Notary Public, State of New York
No. 01HO8155072
Qualified in Nassau County
Commission Expires October 50, 2011

EXHIBIT
**D**

DOC :19358  BK:32246  PG:305
RECEIVED - RECORDED REGISTER OF DEEDS
05/05/2015, 09:09:36A
CUMBERLAND COUNTY, NANCY A. LANE

~~Doc#:    45649 Bk:19728 Pg:  180~~

No:

## Exhibit A - Mortgage

Living Unit No. 9, Building 1 of the Colonial Village of South
Portland Condominium #1, situated in the City of South
Portland, County of Cumberland, and State of Maine, as shown on
the survey and floor plans by H.E. and E.C. Jordan dated
November 28, 1979, entitled Colonial Village of South Portland
#1 and Floor Plan, South Portland, Maine, recorded in the
Cumberland County Registry of Deeds in Unit Ownership File #21,
being a condominium Living Unit, subjected to and with the
benefit of a Declaration of Condominium establishing Colonial
Village of South Portland Condominium #1 dated November 30,
1979, and recorded in the Cumberland County Registry of Deeds
in Book 4535, Page 269, which Declaration has been made
pursuant to the Unit Ownership Act of the State of Maine, 33
M.R.S.A. 560, et seq., as amended; including within this
conveyance the respective percentage interest in condominium
common areas and the use of certain limited common areas and
facilities appurtenant to the living units herein conveyed as
more fully described in the November 30, 1979 Declaration, its
schedules, surveys and floor plans.

Reference is hereby made to a deed to the mortgagor(s) of near
or even date to be recorded herewith.