**PREPARED BY:** Caliber Home Loans, Inc.
**Recording Requested by:** Caliber Home Loans, Inc.
**And When Recorded Return to:** Caliber Home Loans, Inc. 13801 Wireless Way, Oklahoma City, OK 73134

## LOST ASSIGNMENT AFFIDAVIT

Control #:

THE UNDERSIGNED being the proper and authorized officer of **Caliber Home Loans, Inc.** its successors and assigns doing business, at **13801 Wireless Way, Oklahoma City, OK  73134** being first duly sworn states as follows:

A Note and Deed of Trust/Mortgage as described dated on 7/8/2003, was given by **LEE A. PLUMMER, UNMARRIED** *(Original Mortgagor)* to **COASTAL CAPITAL CORP. D/B/A CCAP MORTGAGE** *(Original Mortgagee)*, in the amount of **$76,000.00** recorded as **BOOK: 19728, PAGE: 165, INSTRUMENT: 65649**, in the Official Records of **CUMBERLAND** County State of **ME**. Said Deed of Trust/Mortgage encumbered the following described real property: **25 MINOTT ST. #9, SOUTH PORTLAND, ME 04106**

SAID Note and Deed of Trust/Mortgage and was subsequently sold and purportedly assigned to **FEDERAL NATIONAL MORTGAGE ASSOCIATION**

THAT required Assignment by **LETOM MANAGEMENT LLC** *(ASSIGNOR)* to **FEDERAL NATIONAL MORTGAGE ASSOCIATION** *(ASSIGNEE)* has not been recorded and the original has been lost or misplaced.

THAT **U.S. BANK TRUST, N.A., AS TRUSTEE FOR LSF9 MASTER PARTICIPATION TRUST** is the current rightful owner and holder of The Note and Deed of Trust/Mortgage as described above. After a diligent search, **U.S. BANK TRUST, N.A., AS TRUSTEE FOR LSF9 MASTER PARTICIPATION TRUST** has been unable to locate any agents or officers of **LETOM MANAGEMENT LLC** and is recording this Affidavit for the purpose of claiming its ownership of the Note and Deed of Trust/Mortgage.

Date: 2-8-19

U.S. Bank Trust, N.A., as Trustee for LSF9 Master Participation Trust, by Caliber Home Loans, Inc., as its attorney in fact. **Power of Attorney recorded in Waldo County, ME on 12/5/2018 in Instrument: 2018-11646 Book: 4330 Page: 202**

By: Martha Ellis
Its: Senior Vice President

Stephanie Burdick
Dannielle Ewald

State of   Oklahoma
County of Oklahoma

On 2.8.19, before me, Hailey Woosley, a Notary Public, personally appeared **Martha Ellis, Senior Vice President of Caliber Home Loans, Inc.** attorney in fact for **U.S. BANK TRUST, N.A., AS TRUSTEE FOR LSF9 MASTER PARTICIPATION TRUST** who proved to me on the basis of satisfactory evidence to be the person(s) whose name(s) is/are subscribed to the within instrument and acknowledged to me that he/she/they executed the same in his/her/their authorized capacity(ies), and that by his/her/their signature(s) on the instrument the person(s), or the entity upon behalf of which the person(s) acted, executed the instrument. Witness my hand and official seal.

Notary Public: Hailey Woosley
Commission Number: 12005161
Commission Date Expires: 06/01/2020

**EXHIBIT E**

Document drafted by and
RECORDING REQUESTED BY:
Caliber Home Loans, Inc.
13801 Wireless Way
Oklahoma City, OK 73134

SPACE ABOVE THIS LINE FOR RECORDER'S USE

## LIMITED POWER OF ATTORNEY

**The trusts identified on the attached Schedule A (the "Trusts"), by and through U.S. Bank Trust National Association,** a national banking association organized and existing under the laws of the United States and having an office at 190 S. La Salle Street, MK-IL-SL7R, Chicago, IL 60603, not in its individual capacity but solely as Trustee ("Trustee"), hereby constitutes and appoints Caliber Home Loans, Inc. (fka Vericrest Financial, Inc. as of April 8, 2013) and its wholly-owned subsidiary, Caliber Real Estate Services, LLC ("CRES"), (collectively referred hereafter as ("Servicer"), and in its name, aforesaid Attorney-In-Fact, by and through any officer appointed by the Board of Directors of Servicer, to execute and acknowledge in writing or by facsimile stamp all documents customarily and reasonably necessary and appropriate for the tasks described in the items (1) through (12) below; provided however, that (a) the documents described below may only be executed and delivered by such Attorneys-In-Fact if such documents are required or permitted under the terms of the related servicing agreements, (b) all actions taken by Servicer pursuant to this Limited Power of Attorney must be in accordance with Federal, State and local laws and procedures, as applicable and (c) no power is granted hereunder to take any action that would be either adverse to the interests of or be in the name of U.S. Bank Trust National Association in its individual capacity. This Limited Power of Attorney is being issued in connection with Servicer's responsibilities to service certain mortgage loans (the "Loans") held by the Trustee. These Loans are secured by collateral comprised of mortgages, deeds of trust, deeds to secure debt and other forms of security instruments (collectively the "Security Instruments") encumbering any and all real and personal property delineated therein (the "Property") and the Notes secured thereby. Please refer to **Schedule A** attached hereto.

1. Demand, sue for, recover, collect and receive each and every sum of money, debt, account and interest (which now is, or hereafter shall become due and payable) belonging to or claimed by the Trustee, and to use or take any lawful means for recovery by legal process or otherwise, including but not limited to the substitution of trustee serving under a Deed of Trust, the preparation and issuance of statements of breach, notices of default, and/or notices of sale, accepting deeds in lieu of foreclosure, evicting (to the extent allowed by federal, state or local laws) foreclosing on the properties under the Security Instruments by judicial or non-judicial foreclosure, actions for temporary restraining orders, injunctions, appointments of receiver, suits for waste, fraud and any and all other tort, contractual or verifications in support thereof, as may be necessary or advisable in any bankruptcy action, state or federal suit or any other action.

2. Execute and/or file such documents and take such other action as is proper and necessary to defend the Trustee in litigation and to resolve any litigation where the Servicer has an obligation to defend the Trustee, including but not limited to dismissal, termination, cancellation, rescission and settlement.

3. Transact business of any kind regarding the Loans, as the Trustee's act and deed, to contract for, purchase, receive and take possession and evidence of title in and to the Property and/or to secure payment of a promissory note or performance of any obligation or agreement relating thereto.

4. Execute, complete, indorse or file bonds, notes, mortgages, deeds of trust and other contracts, agreements and instruments regarding the borrowers and/or the Property, including but not limited to the execution of estoppel certificates, financing statements, continuation statements, releases, satisfactions, reconveyances, assignments, loan modification agreements, payment plans, waivers, consents, amendments, forbearance agreements, loan assumption agreements, subordination agreements, property adjustment agreements, management agreements, listing agreements, purchase and sale agreements, short sale transactions and other instruments pertaining to mortgages or deeds of trust, and execution of deeds and associated instruments, if any, conveying the Property, in the interest of the Trustee.

5. Endorse on behalf of the undersigned all checks, drafts and/or other negotiable instruments made payable to the undersigned.

6. Execute any document or perform any act in connection with the administration of any PMI policy or LPMI policy, hazard or other insurance claim relative to the Loans or related Property.

7. Execute any document or perform any act described in items (3), (4), and (5) in connection with the termination of any Trust as necessary to transfer ownership of the affected Loans to the entity (or its designee or assignee) possessing the right to obtain ownership of the Loans.

8. Subordinate the lien of a mortgage, deed of trust, or deed or other security instrument to secure debt (i) for the purpose of refinancing Loans, where applicable, or (ii) to an easement in favor of a public utility company or a government agency or unit with powers of eminent domain, including but not limited to the execution of partial satisfactions and releases and partial reconveyances reasonably required for such purpose, and the execution or requests to the trustees to accomplish the same.

9. Convey the Property to the mortgage insurer, or close the title to the Property to be acquired as real estate owned, or convey title to real estate owned property ("REO Property").

10. Execute and deliver any documentation with respect to the sale, maintenance, preservation, renovation, repair, demolition or other disposition, of REO Property acquired through a foreclosure or deed-in-lieu of foreclosure, including, without limitation: permits, remediation plans or agreements, certifications, compliance certificates, health and safety certifications, listing agreements; purchase and sale agreements; grant / limited or special warranty / quit claim deeds or any other deed, but not general warranty deeds, causing the

transfer of title of the property to a party contracted to purchase same; escrow instructions; and any and all documents necessary to effect the transfer of REO Property.

11. Servicer has the power to execute additional limited powers of attorney and delegate the authority given to it by U.S. Bank Trust National Association, as Trustee, under the applicable servicing agreements for the Trusts listed on Schedule A, attached.

12. To execute, record, file and/or deliver any and all documents of any kind for the purpose of fulfilling any servicing duties, including but not limited to those listed in subparagraphs (1) through (11), above, where Trustee's interest is designated, stated, characterized as or includes any reference to one or more of the following: "Indenture Trustee", "Owner Trustee", "Successor Trustee", "Successor in Interest", "Successor to" "Successor by Merger", "Trustee/Custodian", "Custodian/Trustee" or other similar designation.

Trustee also grants unto Servicer the full power and authority to correct ambiguities and errors in documents necessary to effect or undertake any of the items or powers set forth in items (1) to (12), above.

In addition to the indemnification provisions set forth in the applicable servicing agreements for the Trusts listed on Schedule A, attached, Servicer hereby agrees to indemnify and hold the Trustee, and its directors, officers, employees and agents harmless from and against any and all liabilities, obligations, losses, damages, penalties, actions, judgments, suits, costs, expenses or disbursements of any kind or nature whatsoever incurred by reason or result of the misuse of this Limited Power of Attorney by the Servicer. The foregoing indemnity shall survive the termination of this Limited Power of Attorney and the related servicing agreements or the earlier resignation or removal of the Trustee for the Trusts listed on Schedule A.

**Witness** my hand and seal this 14th day of March, 2016.

**NO CORPORATE SEAL**                    On Behalf of the Trusts, by
                                        U.S. Bank Trust National Association, as Trustee

_____                    By: _____
Witness: Angela Lee                      Russell D. Mosley, Vice President

_____                    By: _____
Witness: Saba Debesai                    Brian Giel, Assistant Vice President

_____
Attest: Richard Krupske, Trust Officer

EXHIBIT A

| | |
|---|---|
| LSF6 BERMUDA INVESTMENTS 2011-1 TRUST | LSF6 INVESTMENTS 2011-1 TRUST |
| LSF6 BERMUDA MRA TRUST | LSF6 MRA REO TRUST |
| LSF6 WLI TRUST | |

| | |
|---|---|
| LSF7 BERMUDA NPL I TRUST | LSF7 NPL I TRUST |
| LSF7 BERMUDA NPL II TRUST | LSF7 NPL II TRUST |
| LSF7 BERMUDA NPL III TRUST | LSF7 NPL III TRUST |
| LSF7 BERMUDA NPL IV TRUST | LSF7 NPL IV TRUST |
| LSF7 BERMUDA NPL V TRUST | LSF7 NPL V TRUST |
| LSF7 BERMUDA NPL VI TRUST | LSF7 NPL VI TRUST |
| LSF7 BERMUDA NPL VII TRUST | LSF7 NPL VII TRUST |

REVOLVING MORTGAGE INVESTMENT TRUST 2014-3Q7R
VERICREST OPPORTUNITY LOAN TRUST 2011-NPL2
VOLT PARTICIPATION TRUST 2011-NPL2
VOLT ASSET HOLDINGS NPL3
VOLT ASSET HOLDINGS TRUST XVI
VOLT NPL IX ASSET HOLDINGS TRUST
VOLT RPL XI ASSET HOLDINGS TRUST
VOLT RLF XII TRUST
VOLT XIV ASSET HOLDINGS TRUST
VOLT 2012-RPL1 ASSET HOLDINGS TRUST
VOLT 2012-NPL1 ASSET HOLDINGS TRUST
VOLT 2012 RPL2 ASSET HOLDINGS TRUST
VOLT 2012-NPL2 ASSET HOLDINGS TRUST
VOLT RLP ASSET HOLDINGS TRUST

LSF8 MASTER PARTICIPATION TRUST
LSF9 MASTER PARTICIPATION TRUST
LSRMF MASTER PARTICIPATION TRUST

Filed and Recorded
Official Public Records
John F. Warren, County Clerk
Dallas County, TEXAS
05/11/2016 12:01:15 PM
$42.00



## CORPORATE ACKNOWLEDGMENT

State of Minnesota

County of Ramsey

On this 14th day of March, 2016, before me, the undersigned, a Notary Public in and for said County and State, personally appeared Rusell D. Mosley, Brian Giel and Richard Krupske, personally known to me (or proved to me on the basis of satisfactory evidence) to be the persons who executed the within instrument as Vice President, Assistant Vice President, and Trust Officer, respectively of U.S. Bank Trust National Association, a national banking association, and acknowledged to me that such national banking association executed the within instrument pursuant to its by-laws or a resolution of its Board of Directors.

WITNESS my hand and official seal.

Signature: ___KristyKLe___
Kristy K. Le

KRISTY K. LE
NOTARY PUBLIC - MINNESOTA
My Commission Expires Jan. 31, 2019

My commission expires: 1/31/2019