Recording Requested By:
**FIRST AMERICAN MORTGAGE SOLUTIONS**

And When Recorded Mail To:
**FIRST AMERICAN MORTGAGE SOLUTIONS**
**3 First American Way**
**Santa Ana, CA 92707**

_____ above for Recorder's use _____

Customer#: **1/1**   Service#:

Loan#:

## ASSIGNMENT OF MORTGAGE

FOR VALUE RECEIVED, **FEDERAL NATIONAL MORTGAGE ASSOCIATION, 3900 WISCONSIN AVENUE, NW, WASHINGTON, DC 20016-0000**, hereby assign and transfer to **U.S. BANK TRUST, N.A., AS TRUSTEE FOR LSF9 MASTER PARTICIPATION TRUST, 13801 WIRELESS WAY, OKLAHOMA CITY, OK 73134-0000**, all its right, title and interest in and to said Mortgage in the amount of **$76,000.00**, recorded in the State of **MAINE**, County of **CUMBERLAND** Official Records, dated **JULY 08, 2003** and recorded on **JULY 10, 2003**, as Instrument No. **65649**, in Book No. **19728**, at Page No. **165**.
Executed by: **LEE A PLUMMER, UNMARRIED** (Original Mortgagor).
Original Mortgagee: **COASTAL CAPITAL CORP. D/B/A CCAP MORTGAGE.**

Date: **JULY 29, 2019**
**FEDERAL NATIONAL MORTGAGE ASSOCIATION, BY CALIBER HOME LOANS, INC. AS ATTORNEY IN FACT**

By: _____
**Edwin Otzoy, Authorized Signatory**

State of   **OKLAHOMA**          }
County of **OKLAHOMA**          } ss.

On **JULY 29, 2019** , before me, **Cassandra Bruxvoort**, a Notary Public, personally appeared **Edwin Otzoy**, who proved to me on the basis of satisfactory evidence to be the person(s) whose name(s) is/are subscribed to the within instrument and acknowledged to me that he/she/they executed the same in his/her/their authorized capacity(ies) and that by his/her/their signature(s) on the instrument the person(s), or the entity upon behalf of which the person(s) acted, executed the instrument.

Witness my hand and official seal.

_____
(Notary Name): **Cassandra Bruxvoort**
My commission expires: **04/16/2023**

Prepared By: **Caliber Home Loans, Inc.**
**13801 Wireless Way**
**Oklahoma City, OK 73134**
**BHASKER DUBBAKA, (405) 608-2535**


EXHIBIT F

Prepared by:
FEDERAL NATIONAL MORTGAGE ASSOCIATION
Jennifer S. Beer
13150 Worldgate Drive
Herndon, Virginia 20170

## LIMITED POWER OF ATTORNEY

FEDERAL NATIONAL MORTGAGE ASSOCIATION, a corporation organized and existing under the laws of the United States of America, having an office for the conduct of business at 13150 Worldgate Drive, Herndon, Virginia 20170, constitutes and appoints Caliber Home Loans, Inc. with an address of 1525 South Beltline Rd. Coppell, TX 75019 and Caliber Real Estate Services, LLC with an address of 6031 Connection Drive, Irving, Texas 75039 (jointly and severally, "Servicer"), as Servicer for LSF10 Mortgage Holdings, LLC, its true and lawful Attorneys-in-Fact, and in its name, place, and stead and for its use and benefits, to execute, endorse, and acknowledge all documents customarily and reasonably necessary and appropriate for:

- The assignment or endorsement of mortgage loans, deeds of trust, promissory notes and allonges, and to take such actions as may be necessary or required to affect the recordation or filing of any of the aforementioned documents.

The powers and authority conferred under this power of attorney shall include the power and authority to sign on behalf of Fannie Mae as follows:

- FNMA
- Fannie Mae
- Federal National Mortgage Association
- Federal National Mortgage Association aka Fannie Mae
- Fannie Mae aka Federal National Mortgage Association
- Federal National Mortgage Association (Fannie Mae)

The undersigned gives to said Attorney-in-Fact full power and authority to execute such instruments and to do and perform all and every act and thing requisite, necessary, and proper to carry into effect the power or powers granted by or under this Limited Power of Attorney as fully, to all intents and purposes, as the undersigned might or could do, and hereby does ratify and confirm all that said Attorney-in-Fact shall lawfully do or cause to be done by authority hereof.

Third parties without actual notice may rely upon the power granted under this Limited Power of Attorney, upon the exercise of such power by the Attorney-in-Fact, that all conditions precedent to such exercise of power have been satisfied and that this Limited Power of Attorney has not been revoked unless an instrument of revocation has been recorded.

[SIGNATURES BEGIN ON THE FOLLOWING PAGE]

IN WITNESS WHEREOF, I have hereunto set my hand this 5th day of January 2018.

FEDERAL NATIONAL MORTGAGE ASSOCIATION

By: _____
Shanicka Singleton - Assistant Vice President

By: _____
Mitchell Kucheruk - Assistant Secretary

Witness:

By: _____
Name: Christopher Matzke

Witness:

By: _____
Name: Jessica Smozynski

Commonwealth of Virginia

County of Fairfax

On January 5, 2018, before me, the undersigned Notary Public, personally appeared Shanicka Singleton, the Assistant Vice President of FEDERAL NATIONAL MORTGAGE ASSOCIATION, and Mitchell Kucheruk, the Assistant Secretary of FEDERAL NATIONAL MORTGAGE ASSOCIATION, personally known to me (or proved to me on the basis of satisfactory evidence) to be the persons whose names are subscribed to the within instrument and acknowledged to me that he or she executed the same in his or her authorized capacity, and that by his or her signature on the instrument the entity, on behalf of which the person acted, executed the instrument.

WITNESS my hand and official seal.

_____
Charles P Salvo - Notary Public

My commission expires: 03/31/2021

CHARLES P SALVO
Notary Public
Commonwealth of Virginia
7746799
My Commission Expires March 31, 2021

SEAL

Received
Recorded Register of Deeds
Jan 17, 2019 09:53:37A
Cumberland County
Nancy A. Lane

c/ Doonan Graves & Longoria LLC
Beverly MA

mk - POA

JPGP