# ASSIGNMENT OF MORTGAGE

Letom Management, LLC, 91 Commercial Avenue, Unit B, Garden City, NY 11530, holder of a mortgage from Lee A. Plummer to Coastal Capital Corp. d/b/a CCAP Mortgage Corp. dated July 8, 2003 recorded in the Cumberland County in the State of Maine at Book 19728, Page 165 on July 10, 2003 hereby assigns said mortgage and the note and claim to:

**U. S. Bank Trust, N.A., as Trustee for LSF9 Master Participation Trust, 13801 Wireless Way, Oklahoma, OK 73134**

Property Address: 25 Minott Street #9, South Portland, Maine 04106

**IN WITNESS WHEREOF** the said Letom Management LLC has caused its corporate seal to be hereto affixed and these presents to be signed in its name and behalf by Evangelia Xenos, its Authorized Agent, this 2nd day of October, 2019.

Letom Management, LLC

_____
By: Evangelia Xenos
Its: Authorized Agent


STATE: NY
COUNTY: Nassau

10/2/2019

On this 2 day of October, 2019 before me, the undersigned notary public, personally appeared Evangelia Xenos who made acknowledgment on behalf of Letom Management, LLC who acknowledges herself/himself to be its Authorized Agent proved to me through satisfactory evidence of identification, which was ☒ photographic identification with signature issued by a federal or state governmental agency, ☐ oath or affirmation of a credible witness, ☐ personal knowledge of the undersigned, to be the persons whose names are signed on the preceding or attached document, and acknowledged to me that he/she/they signed it voluntarily for its stated purpose.

WITNESS MY HAND AND OFFICIAL SEAL:

_____
Notary Public
My Commission Expires: 6/2/23

Received
Recorded Register of Deeds
Nov 04,2019 09:30:45A
Cumberland County
Nancy A. Lane

LAWRENCE JOHN RUTIGLIANO
Notary Public - State of New York
NO. 01RU6243387
Qualified in Nassau County
My Commission Expires 6/2/23

**EXHIBIT G**