# DOONAN, GRAVES & LONGORIA, LLC
## ATTORNEYS AT LAW

Serving Massachusetts, Maine,
New York & New Hampshire
Hours: Monday – Friday 9 am – 4 pm
www.dgandl.com

100 Cummings Center, Suite 225D
Beverly, Massachusetts 01915
TEL: (978) 921-2670
FAX: (978) 921-4870

February 12, 2020

VIA CERTIFICATE OF MAILING
AND REGULAR MAIL

Lee A. Plummer
642 West Hawthorn Street
San Diego, CA 92101

Lee A. Plummer
25 Minott Street, Unit No. 9
Colonial Village of South Portland Condominium
South Portland, ME 04106

Lee A. Plummer
1104 4 Kuhio Highway
Kapaa, HI 96746

## NOTICE OF MORTGAGOR'S RIGHT TO CURE
### THIS IS AN ATTEMPT TO COLLECT A DEBT. ANY INFORMATION OBTAINED WILL BE USED FOR THAT PURPOSE.

Re:  Property Address:    25 Minott Street, Unit No. 9, Colonial Village of South Portland
                          Condominium, South Portland, ME 04106
     Loan Number:
     Payment Due Date:    December 1, 2013

Dear Lee A. Plummer:

    This letter is being sent by Doonan, Graves & Longoria, LLC, as Attorney in Fact and agent for the Servicer and Mortgagee. Doonan, Graves & Longoria, LLC is authorized to send this notice by and on behalf of the Servicer, Caliber Home Loans, Inc., the Mortgagee, U.S. Bank Trust, N.A., as Trustee for LSF9 Master Participation Trust and the Owner/Investor, U.S. Bank Trust, N.A., as Trustee for LSF9 Master Participation Trust pursuant to the terms of the subject Note, Mortgage and Title 14, Sec. 6111.

    Your loan is in default for failure to make payments of principal and interest when due. This delinquency represents a breach of your Note and Mortgage in favor of Coastal Capital Corp. d/b/a CCAP Mortgage Corp. its successors and assigns (if MERs) dated July 8, 2003 and recorded in the

EXHIBIT H

Cumberland County Registry of Deeds in Book 19728, Page 165. This firm is relying on information provided by the Servicer. If you are in Bankruptcy or received a Bankruptcy discharge of this debt, this letter is not an attempt to collect the debt, but notice of possible enforcement of our lien against the collateral property.

An itemization of all past due amounts, including, but not limited to, reasonable interest and late charges, attorney's fees and other reasonable fees and costs, causing the loan to be in default is as follows:

| | |
|---|---|
| 32 Payments @ $543.88 | $17,404.16 |
| 6 Payments @ $536.48 | $3,218.88 |
| 17 Payments @ $531.22 | $9,030.74 |
| 12 Payments @ $529.46 | $6,353.52 |
| 8 Payments @ $532.67 | $4,261.36 |
| Late Charges | $1,841.41 |
| Total Advances | $1,387.76 |

**TOTAL TO CURE DEFAULT:** $43,497.83

**The total amount due does not include any amounts that become due after the date of the notice.**

You have the right to cure the default within **35 days of receipt** of this notice by sending payment in the amount of $43,497.83 in the form of **certified and/or cashier's check(s) and/or money order(s)** in full to: **Caliber Home Loans, Inc., Payment Processing, 13801 Wireless Way, Oklahoma City, OK 73134. Please include the loan number, borrower's name and property address on your check.** If the default is not cured within this time-frame, the mortgagee may exercise its right to accelerate payment of this loan. Failure to cure this default may result in the sale of the property secured by this mortgage at a foreclosure sale. To reach a person with authority to modify a mortgage loan, please contact Caliber Home Loans, Inc. at (800) 401-6587 to discuss your loan.

Pursuant to Title 14, Section 6111 of M.R.S.A., you have the right to cure the default by full payment of all amounts that are due without acceleration, including reasonable interest and late charges specified in the mortgage or note as well as reasonable attorney's fees. If you meet the conditions above, you will have the right to have the mortgagee's enforcement of this Security Instrument discontinued and to have the Note and the Security Agreement remain fully effective as if immediate payment in full had never been required. You have the right in any lawsuit for foreclosure and sale to argue that you did keep your promises and agreements under the Note and under the Security Instrument, and to present any other defenses that you may have.

You may have options available other than foreclosure. You may discuss available options with the mortgagee, which is U.S. Bank Trust, N.A., as Trustee for LSF9 Master Participation Trust, the mortgage servicer, which is Caliber Home Loans, Inc. or a counselor approved by the United States Department of Housing and Urban Development. You are encouraged to explore available options prior to the end of the right-to-cure period.

As defined under Maine Law, U.S. Bank Trust, N.A., as Trustee for LSF9 Master Participation Trust is the Owner/Investor in the note and mortgage, which is the subject of this letter.

Where mediation is available under 14 M.R.S.A. section 6321-A, you may request mediation to explore options for avoiding foreclosure judgment.

A list of all counseling agencies approved by the United States Department of Housing and Urban Development operating to assist mortgagors in the State to avoid foreclosure is attached. The attached list is integrated as if set forth in full. You may also review this list by visiting the following website:
http://www.hud.gov/offices/hsg/sfh/hcc/hcs.cfm?webListAction=search&searchstate=me

To reach people having authority to modify your mortgage loan, please contact Caliber Home Loans, Inc. at the address below in order to resolve all matters relating to this mortgage and any foreclosure proceedings thereunder and to discuss options other than foreclosure.

Caliber Home Loans, Inc.
Loss Mitigation Department/Loan Resolution
13801 Wireless Way
Oklahoma City, OK 73134
(800) 401-6587

## NOTICE OF IMPORTANT RIGHTS

Pursuant to the Federal Fair Debt Collection Practices Act (15 USCS Sec. 1692), a consumer debtor is required to be sent the following notice: (1) unless the consumer, within thirty days after receipt of this notice, disputes the validity of the debt or any portion thereof, the debt will be assumed to be valid by the debt collector; (2) if the consumer notifies the debt collector in writing with the thirty-day period that the debt, or any portion thereof, is disputed, the debt collector will obtain verification of the debt or a copy of a judgment against the consumer and copy of such verification or judgment will be mailed to the consumer by the debt collector; and (3) upon the consumer's written request within the thirty-day period, the debt collector will provide the consumer with the name and address of the original creditor, if different from the current creditor. The law firm of Doonan, Graves & Longoria, LLC is acting as the debt collector, pursuant to the Federal Fair Debt Collection Practices Act. Any information will be used for that purpose. The Federal Trade Commission has ruled that the Federal Fair Debt Collection does not preclude the institution of legal action prior to the expiration of the thirty day period. If you are in bankruptcy or received a bankruptcy discharge of this debt, this communication is not an attempt to collect the debt against you personally, but is notice of a possible enforcement of the lien against the collateral property.

Very truly yours,
Caliber Home Loans, Inc.
U.S. Bank Trust, N.A., as Trustee for LSF9 Master Participation Trust

by its attorney

John A. Doonan, Esq.
Reneau J. Longoria, Esq.

JAD/RJL/MK
cc: Client
    Bureau of Consumer Credit Protection
Attachment: HUD Approved Housing Counseling Agencies
55905

This listing is current as of **12/17/2019**.

## Agencies located in MAINE

|  |  |
|---|---|
| **Agency Name:** | MAINE STATE HOUSING AUTHORITY |
| **Phone:** | 207-626-4670 |
| **Toll Free:** | 800-452-4668 |
| **Fax:** | 207-626-4678 |
| **Email:** | mdrost@mainehousing.org |
| **Address:** | 353 Water Street<br>AUGUSTA, Maine 04330-4665 |
| **Counseling Services:** | - Pre-purchase Counseling<br>- Rental Housing Counseling |
| **Languages:** | - English |
| **Affiliation:** |  |
| **Website:** | www.mainehousing.org |
| **Agency ID:** | 81227 |

|  |  |
|---|---|
| **Agency Name:** | MAINE STATE HOUSING AUTHORITY |
| **Phone:** | 207-626-4670 |
| **Toll Free:** |  |
| **Fax:** |  |
| **Email:** | mdrost@mainehousing.org |
| **Address:** | 353 Water St<br>Augusta, Maine 04330-6113 |
| **Counseling Services:** | - Pre-purchase Counseling<br>- Rental Housing Counseling |
| **Languages:** | - English |
| **Affiliation:** | MAINE STATE HOUSING AUTHORITY |
| **Website:** | http://www.mainehousing.org |
| **Agency ID:** | 84456 |

|  |  |
|---|---|
| **Agency Name:** | PENQUIS COMMUNITY ACTION PROGRAM |
| **Phone:** | 207-974-2403 |
| **Toll Free:** | 888-424-0151 |
| **Fax:** | 207-973-3699 |
| **Email:** | hmassow@penquis.org |
| **Address:** | 262 Harlow Street<br>BANGOR, Maine 04401-4952 |
| **Counseling Services:** | - Financial, Budgeting, and Credit Workshops<br>- Mortgage Delinquency and Default Resolution Counseling<br>- Pre-purchase Counseling<br>- Pre-purchase Homebuyer Education Workshops |
| **Languages:** | - English |
| **Affiliation:** | NEIGHBORHOOD REINVESTMENT CORP. DBA NEIGHBORWORKS AMERICA |
| **Website:** | http://www.penquis.org |
| **Agency ID:** | 81649 |

|  |  |
|---|---|
| **Agency Name:** | MIDCOAST MAINE COMMUNITY ACTION |
| **Phone:** | 207-442-7963-0114 |
| **Toll Free:** | 800-221-2221 |
| **Fax:** | 207-442-0122 |
| **Email:** | theresa.dow@mmcacorp.org |
| **Address:** | 34 Wing Farm Pkwy<br>Bath, Maine 04530-1515 |
| **Counseling Services:** | - Financial Management/Budget Counseling<br>- Rental Housing Counseling<br>- Services for Homeless Counseling |
| **Languages:** | - English<br>- Spanish |
| **Affiliation:** |  |
| **Website:** | http://midcoastmainecommunityaction.org |
| **Agency ID:** | 80502 |

|  |  |
|---|---|
| **Agency Name:** | COASTAL ENTERPRISES, INCORPORATED |
| **Phone:** | 207-504-5900 |
| **Toll Free:** | 877-340-2649 |
| **Fax:** |  |
| **Email:** | jason.thomas@ceimaine.org |
| **Address:** | 30 Federal Street<br>Suite 100<br>BRUNSWICK, Maine 04011-1510 |

|  |  |
|---|---|
| **Counseling Services:** | - Fair Housing Pre-Purchase Education Workshops<br>- Financial Management/Budget Counseling<br>- Home Improvement and Rehabilitation Counseling<br>- Mortgage Delinquency and Default Resolution Counseling<br>- Non-Delinquency Post Purchase Workshops<br>- Pre-purchase Counseling<br>- Pre-purchase Homebuyer Education Workshops<br>- Predatory Lending Education Workshops<br>- Rental Housing Counseling<br>- Reverse Mortgage Counseling<br>- Services for Homeless Counseling |
| **Languages:** | - English<br>- Spanish |
| **Affiliation:** | CITIZENS' HOUSING AND PLANNING ASSOCIATION, INC. |
| **Website:** | http://www.ceimaine.org |
| **Agency ID:** | 80985 |

|  |  |
|---|---|
| **Agency Name:** | FOUR DIRECTIONS DEVELOPMENT CORPORATION |
| **Phone:** | 207-866-6545 |
| **Toll Free:** |  |
| **Fax:** | 207-866-6553 |
| **Email:** | accounting@fourdirectionsmaine.org |
| **Address:** | 20 Godfrey Drive<br>ORONO, Maine 04473-3610 |
| **Counseling Services:** | - Financial Management/Budget Counseling<br>- Financial, Budgeting, and Credit Workshops<br>- Home Improvement and Rehabilitation Counseling<br>- Non-Delinquency Post Purchase Workshops<br>- Pre-purchase Counseling<br>- Pre-purchase Homebuyer Education Workshops |
| **Languages:** | - English |
| **Affiliation:** | MAINE STATE HOUSING AUTHORITY |
| **Website:** | www.fourdirectionsmaine.org |
| **Agency ID:** | 83879 |

|  |  |
|---|---|
| **Agency Name:** | AVESTA HOUSING DEVELOPMENT CORPORATION |
| **Phone:** | 207-553-7780-3347 |
| **Toll Free:** | 800-339-6516 |
| **Fax:** | 207-553-7778 |
| **Email:** | ndigeronimo@avestahousing.org |
| **Address:** | 307 Cumberland Avenue<br>PORTLAND, Maine 04101-4920 |
| **Counseling Services:** | - Financial Management/Budget Counseling<br>- Home Improvement and Rehabilitation Counseling<br>- Mortgage Delinquency and Default Resolution Counseling<br>- Non-Delinquency Post Purchase Workshops<br>- Pre-purchase Counseling<br>- Pre-purchase Homebuyer Education Workshops<br>- Rental Housing Counseling<br>- Rental Housing Workshops |
| **Languages:** | - English |
| **Affiliation:** | CITIZENS' HOUSING AND PLANNING ASSOCIATION, INC. |
| **Website:** | www.avestahousing.org |
| **Agency ID:** | 81144 |

|  |  |
|---|---|
| **Agency Name:** | MONEY MANAGEMENT INTERNATIONAL - SOUTH PORTLAND |
| **Phone:** | 866-232-9080 |
| **Toll Free:** | 866-232-9080 |
| **Fax:** | 866-921-5129 |
| **Email:** | counselinginfo@moneymanagement.org |
| **Address:** | 477 Congress St<br>5th Floor<br>PORTLAND, Maine 04101-3427 |
| **Counseling Services:** | - Financial Management/Budget Counseling<br>- Mortgage Delinquency and Default Resolution Counseling<br>- Non-Delinquency Post Purchase Workshops<br>- Pre-purchase Counseling<br>- Pre-purchase Homebuyer Education Workshops<br>- Rental Housing Counseling |
| **Languages:** | - English<br>- Spanish |
| **Affiliation:** | MONEY MANAGEMENT INTERNATIONAL INC. |
| **Website:** | http://www.moneymanagement.org |
| **Agency ID:** | 82632 |

**Agency Name:** PROSPERITY ME - FKA COMMUNITY FINANCIAL LITERACY
**Phone:** 207-797-7890
**Toll Free:**
**Fax:**
**Email:** crwaganje@prosperityme.org
**Address:** 62 Elm St Ste 2
Portland, Maine 04101-3092
**Counseling Services:**
- Fair Housing Pre-Purchase Education Workshops
- Financial Management/Budget Counseling
- Financial, Budgeting, and Credit Workshops
- Pre-purchase Counseling
- Pre-purchase Homebuyer Education Workshops
- Rental Housing Counseling

**Languages:**
- English
- French
- Other
- Swahili

**Affiliation:** MAINE STATE HOUSING AUTHORITY
**Website:** http://prosperityme.org/
**Agency ID:** 80649

---

**Agency Name:** AROOSTOOK COUNTY ACTION PROGRAM, INC.
**Phone:** 207-764-3721
**Toll Free:**
**Fax:**
**Email:** N/A
**Address:** 771 Main St
Presque Isle, Maine 04769-2201
**Counseling Services:**
- Mortgage Delinquency and Default Resolution Counseling
- Pre-purchase Counseling
- Pre-purchase Homebuyer Education Workshops

**Languages:**
- English

**Affiliation:** MAINE STATE HOUSING AUTHORITY
**Website:** http://www.acap-me.org
**Agency ID:** 83641

---

**Agency Name:** YORK COUNTY COMMUNITY ACTION AGENCY
**Phone:** 207-459-2903
**Toll Free:**
**Fax:** 207-490-5026
**Email:** Meaghan.Arzberger@yccac.org
**Address:** 6 Spruce Street
SANFORD, Maine 04073-2917
**Counseling Services:**
- Fair Housing Pre-Purchase Education Workshops
- Financial Management/Budget Counseling
- Home Improvement and Rehabilitation Counseling
- Mortgage Delinquency and Default Resolution Counseling
- Non-Delinquency Post Purchase Workshops
- Pre-purchase Counseling
- Pre-purchase Homebuyer Education Workshops
- Predatory Lending Education Workshops
- Rental Housing Counseling
- Services for Homeless Counseling

**Languages:**
- English

**Affiliation:** CITIZENS' HOUSING AND PLANNING ASSOCIATION, INC.
**Website:** http://www.yccac.org
**Agency ID:** 81150

---

**Agency Name:** COMMUNITY CONCEPTS, INC. ALSO DBA HOMEQUESTMAINE
**Phone:** 207-333-6419
**Toll Free:**
**Fax:** 207-795-4069
**Email:** homequest@community-concepts.org
**Address:** 17 Market Sq
South Paris, Maine 04281-1533
**Counseling Services:**
- Fair Housing Pre-Purchase Education Workshops
- Financial Management/Budget Counseling
- Mortgage Delinquency and Default Resolution Counseling
- Pre-purchase Counseling
- Pre-purchase Homebuyer Education Workshops

**Languages:**
- English

**Affiliation:** CITIZENS' HOUSING AND PLANNING ASSOCIATION, INC.
**Website:** www.community-concepts.org
**Agency ID:** 81580

```
       Agency Name: KENNEBEC VALLEY COMMUNITY ACTION PROGRAM
             Phone: 800-542-8227
         Toll Free:
               Fax:
             Email: N/A
           Address: 97 Water St
                    Waterville, Maine 04901-6339
Counseling Services: - Financial Management/Budget Counseling
                     - Mortgage Delinquency and Default Resolution Counseling
                     - Pre-purchase Counseling
                     - Pre-purchase Homebuyer Education Workshops
         Languages: - English
       Affiliation: NEIGHBORHOOD REINVESTMENT CORP. DBA NEIGHBORWORKS AMERICA
           Website: http://www.kvcap.org
         Agency ID: 81685
```



WALZ FROM **WALZ** FORM #45663 VERSION: E0119
WALZ CERTIFIED MAILER®

**Label #1**
Lee A. Plummer
Colonial Village of South Portland Condo
25 Minott Street, Unit No. 9
South Portland, ME 04106

**Label #2**
Lee A. Plummer
Colonial Village of South Portland Condo
25 Minott Street, Unit No. 9
South Portland, ME 04106

**Label #3**
Lee A. Plummer
Colonial Village of South Portland Condo
25 Minott Street, Unit No. 9
South Portland, ME 04106

**U.S. Postal Service® CERTIFIED MAIL® RECEIPT**
Domestic Mail Only

USPS® ARTICLE NUMBER
9414 7266 9904 2150 8817 87

| | |
|---|---|
| Certified Mail Fee | $ |
| Return Receipt (Hardcopy) | $ |
| Return Receipt (Electronic) | $ |
| Certified Mail Restricted Delivery | $ 7.05 |
| Postage | $ 0.65 |
| Total Postage and Fees | $ 7.70 |

FEB 1 3 2020
Postmark Here

Sent to:
Lee A. Plummer
Colonial Village of South Portland Condo
25 Minott Street, Unit No. 9
South Portland, ME 04106

Reference Information
MMK/MK
Lee A. Plummer
55905

PS Form 3800, Facsimile, July 2015

A  FOLD AND TEAR THIS WAY → OPTIONAL

B  Label #5 (OPTIONAL)

Label #4 — Certified Article Number 9414 7266 9904 2150 8817 87 — SENDER'S RECORD

Label #6 - Return Receipt Barcode (Sender's Record)
9590 9266 9904 2150 8817 80

**Label #7 - Certified Mail Article Number**
PLACE STICKER AT TOP OF ENVELOPE TO THE RIGHT OF THE RETURN ADDRESS. FOLD AT DOTTED LINE

**CERTIFIED MAIL**
9414 7266 9904 2150 8817 87

FOLD AND TEAR THIS WAY →

C  FOLD AND TEAR THIS WAY →

Thank you for using Return Receipt Service

RETURN RECEIPT REQUESTED
USPS® MAIL CARRIER DETACH ALONG PERFORATION

Return Receipt (Form 3811) Barcode
9590 9266 9904 2150 8817 80

1. Article Addressed to:
Lee A. Plummer
Colonial Village of South Portland Condo
25 Minott Street, Unit No. 9
South Portland, ME 04106

2. Certified Mail (Form 3800) Article Number
9414 7266 9904 2150 8817 87

**COMPLETE THIS SECTION ON DELIVERY**
A. Signature
X _____ ☐ Agent ☐ Addressee
B. Received by (Printed Name)  C. Date of Delivery
D. Is delivery address different from item 1? ☐ Yes
   If YES, enter delivery address below: ☐ No

3. Service Type:
☒ Certified Mail
☐ Certified Mail Restricted Delivery

Reference Information
MMK/MK
Lee A. Plummer
55905

Thank you for using Return Receipt Service



**UNITED STATES POSTAL SERVICE** — **Certificate Of Mailing**

To pay fee, affix stamps or meter postage here.

This Certificate of Mailing provides evidence that mail has been presented to USPS® for mailing. This form may be used for domestic and international mail.

From:
DOONAN, GRAVES & LONGORIA, LLC
ATTORNEYS AT LAW
100 Cummings Center, Suite 225D
Beverly, Massachusetts 01915

To:
Lee A. Plummer
642 West Hawthorn Street
San Diego, CA 92101

PS Form **3817**, April 2007  PSN 7530-02-000-9065

*Postmark: USPS Cummings Station, Beverly MA 01915, FEB 2020*
*Postage: $001.50, FEB 13 2020, Mailed from ZIP code 01915*

---

**UNITED STATES POSTAL SERVICE** — **Certificate Of Mailing**

To pay fee, affix stamps or meter postage here.

This Certificate of Mailing provides evidence that mail has been presented to USPS® for mailing. This form may be used for domestic and international mail.

From:
DOONAN, GRAVES & LONGORIA, LLC
ATTORNEYS AT LAW
100 Cummings Center, Suite 225D
Beverly, Massachusetts 01915

To:
Lee A. Plummer
Colonial Village of South Portland Cond
25 Minott Street, Unit No. 9
South Portland, ME 04106

PS Form **3817**, April 2007  PSN 7530-02-000-9065

*Postmark: USPS Cummings Station, Beverly MA 01915, FEB 2020*
*Postage: $001.50, FEB 13 2020, Mailed from ZIP code 01915*

---

**UNITED STATES POSTAL SERVICE** — **Certificate Of Mailing**

To pay fee, affix stamps or meter postage here.

This Certificate of Mailing provides evidence that mail has been presented to USPS® for mailing. This form may be used for domestic and international mail.

From:
DOONAN, GRAVES & LONGORIA, LLC
ATTORNEYS AT LAW
100 Cummings Center, Suite 225D
Beverly, Massachusetts 01915

To:
Lee A. Plummer
1104 4 Kuhio Highway
Kapaa, HI 96746

PS Form **3817**, April 2007  PSN 7530-02-000-9065

*Postmark: USPS Cummings Station, Beverly MA 01915, FEB 2020*
*Postage: $001.50, FEB 13 2020, Mailed from ZIP code 01915*

**Michele M. Kulick**

| | |
|---|---|
| **From:** | Nobody <nobody@informe.org> |
| **Sent:** | Thursday, February 13, 2020 2:41 PM |
| **To:** | Michele M. Kulick |
| **Subject:** | Pre-Foreclosure Reporting Form Submission |

Your pre-foreclosure reporting form has been successfully submitted to the Bureau of Consumer Credit Protection. Here is a copy of your submission.

-----
Mortgage Information
-----

Company providing the notice:Doonan, Graves & Longoria, LLC Owner of the mortgage:U.S. Bank Trust, N.A., as Trustee for LSF9 Master Participation Trust What term best describes the owner of the mortgage?:Securitized Pool Filer's Email Address:mk@dgandl.com Contact information for persons having the authority to modify the mortgage to avoid foreclosure:Caliber Home Loans, Inc., Payment Processing,13801 Wireless Way, Oklahoma City, OK 73134
(800) 401-6587

-----
Consumer Information
-----

Consumer First name:Lee
Consumer Middle Initial/Middle Name: A
Consumer Last name:Plummer
Consumer Suffix:
Property Address line 1:25 Minott Street, Unit No. 9 Property Address line 2:Colonial Village of South Portland Condominium Property Address line 3:
Property Address City/Town:South Portland Property Address State:
Property Address zip code:04106
Property Address County:Cumberland

-----
Notification Details
-----

Date notice was mailed:2/13/2020
Amount needed to cure the default:43,497.83 Consumer Address line 1:642 West Hawthorn Street Consumer Address line 2:
Consumer Address line 3:
Consumer Address City/Town:San Diego
Consumer Address State:CA
Consumer Address zip code:92101

**Michele M. Kulick**

| | |
|---|---|
| **From:** | Nobody <nobody@informe.org> |
| **Sent:** | Thursday, February 13, 2020 2:42 PM |
| **To:** | Michele M. Kulick |
| **Subject:** | Pre-Foreclosure Reporting Form Submission |

Your pre-foreclosure reporting form has been successfully submitted to the Bureau of Consumer Credit Protection. Here is a copy of your submission.

-----

Mortgage Information

-----

Company providing the notice:Doonan, Graves & Longoria, LLC Owner of the mortgage:U.S. Bank Trust, N.A., as Trustee for LSF9 Master Participation Trust What term best describes the owner of the mortgage?:Securitized Pool Filer's Email Address:mk@dgandl.com Contact information for persons having the authority to modify the mortgage to avoid foreclosure:Caliber Home Loans, Inc., Payment Processing,13801 Wireless Way, Oklahoma City, OK 73134 (800) 401-6587

-----

Consumer Information

-----

Consumer First name:Lee
Consumer Middle Initial/Middle Name: A
Consumer Last name:Plummer
Consumer Suffix:
Property Address line 1:25 Minott Street, Unit No. 9 Property Address line 2:Colonial Village of South Portland Condominium Property Address line 3:
Property Address City/Town:South Portland Property Address State:
Property Address zip code:04106
Property Address County:Cumberland

-----

Notification Details

-----

Date notice was mailed:2/13/2020
Amount needed to cure the default:43,497.83 Consumer Address line 1:25 Minott Street, Unit No. 9 Consumer Address line 2:Colonial Village of South Portland Condominium Consumer Address line 3:
Consumer Address City/Town:South Portland Consumer Address State:ME Consumer Address zip code:04106

Michele M. Kulick

**From:** Nobody <nobody@informe.org>
**Sent:** Thursday, February 13, 2020 3:12 PM
**To:** Michele M. Kulick
**Subject:** Pre-Foreclosure Reporting Form Submission

Your pre-foreclosure reporting form has been successfully submitted to the Bureau of Consumer Credit Protection. Here is a copy of your submission.

-----
Mortgage Information
-----

Company providing the notice:Doonan, Graves & Longoria, LLC Owner of the mortgage:U.S. Bank Trust, N.A. as Trustee for LSF9 Master Participation Trust What term best describes the owner of the mortgage?:Securitized Pool Filer's Email Address:mk@dgandl.com Contact information for persons having the authority to modify the mortgage to avoid foreclosure:Caliber Home Loans, Inc., Payment Processing, 13801 Wireless Way, Oklahoma City, OK 73134 (800) 401-6587

-----
Consumer Information
-----

Consumer First name:Lee
Consumer Middle Initial/Middle Name: A
Consumer Last name:Plummer
Consumer Suffix:
Property Address line 1:25 Minott Street, Unit No. 9 Property Address line 2:Colonial Village of South Portland Condominium Property Address line 3:
Property Address City/Town:South Portland Property Address State:
Property Address zip code:04106
Property Address County:Cumberland

-----
Notification Details
-----

Date notice was mailed:2/13/2020
Amount needed to cure the default:43,497.83 Consumer Address line 1:1104 4 Kuhio Highway Consumer Address line 2:
Consumer Address line 3:
Consumer Address City/Town:Kapaa
Consumer Address State:HI
Consumer Address zip code:96746